ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

at 10 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

CARLOS M PAGAN,  )
    Petitioner )  Case NO. CR 03-00493HG
                                   )  Case NO. CR 03-00361HG
V. )
                                   )
UNITED STATES OF AMERICA, )
    Respondent )

## MOTION FOR RECORD

    COMES NOW the petitioner Carlos M Pagan; Proceeding Pro-se and respectfully moves the court to provided records, in order to prepare his certificate of critiera to the supreme court and/or to prepare his §2255.

1.) The petitioner needs the record to call into question the action of his attorneys inexcusable neglect of the record before the court.

2.) That on it's fase; The record before the court is in error and indecates that the court lacks suject matter jurdiction over the case an petition.

3.) Additionally; The record indecates that the petitioner's indictment was filed in violation of federal law. And the rules of civil procedure 28 U.S.C.§753.

4.) The issues petitioner seeks to present to the court are for review are all issues related to violation of his constitutional right.

   WHEREFORE, petitioner respectfully requests this HONORABLE COURT
to grant his motion.

                                        Respectfully submitted

                                        *Carlos Pagan*
                                        Carlos M Pagan,
                                        reg:89297-022
                                        USP Leavenworth
                                        P.O.BOX 1000
                                        Leavenworth KS, 66048

# CERTIFICATE OF SERVICE

I hereby certify that on  5-1-06          I mailed a copy of
                              (date)
the Certificate of Appealability:

to  HAWaii
    Walter A.Y.H.Chinn.District    , at Clerk 300 Ala Moana Blvd,

    C-338 P.O.BOX 50129 Honolulu,HI    , the last known address.
    96850

5-2-06                    Carla M. Pagán
Date                      Signature

                          C Pierce, Case Manager
                          AUTHORIZED BY THE ACT OF
                          JULY 7, 1955 TO ADMINISTER
                          OATHS (18 USC, 4004)
                          5-2-06

Carla M. Pagán

